# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YIBO XU**, *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 21-0550** |
| **v.** | : | |
| | : | |
| **XIN GU**, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 3rd day of January 2022, upon consideration of the parties' *joint motion for approval of settlement agreement*, [ECF 16], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The motion is **GRANTED**, *in part*, and **DENIED**, *in part*, consistent with the accompanying memorandum opinion.

2. The parties may craft a more narrowly tailored release provision.

3. The parties may file the modified agreement for the Court's final review and approval by no later than January 21, 2022.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*