IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YIBO XU**, *et al.* : | | CIVIL ACTION |
| *Plaintiffs* : | | |
| : | | NO. 21-0550 |
| **v.** : | | |
| : | | |
| **XIN GU**, *et al.* : | | |
| *Defendants* : | | |

# ORDER

**AND NOW**, this 16th day of March 2022, upon consideration of the parties' *supplemental stipulation to the settlement agreement*, [ECF 19], it is hereby **ORDERED** that the Supplemental Stipulation is **DISAPPROVED**.[1]  Consistent with this Court's opinion, the parties may file by no later than April 15, 2022, the revised agreement and move for this Court's final review and approval.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Supplemental Stipulation's specific release provision provides, *in part*, that "Plaintiffs waive, release . . . Defendants . . . from any and all actual or potential claims, . . ., or that may arise by reason of *any matter* occurring prior to the effective date of this Agreement." [Suppl. Stipulation, ECF 19, at p. 2). As noted in the Memorandum Opinion, this broad waiver "impermissibly frustrates the implementation of an otherwise fair and reasonable settlement." *Bettger v. Crossmark, Inc.*, 2015 WL 279754, at *9 (M.D. Pa. Jan. 22, 2015); *see also Rubbo v. Peoplescout, Inc.*, 2017 WL 2010311, at *3 (E.D. Pa. May 11, 2017); *Kraus v. PA Fit II, LLC*, 155 F. Supp. 3d 532–33 (E.D. Pa. 2016).  Therefore, for the reasons previously and again stated, this Supplemental Stipulation is disapproved.