IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YIBO XU**, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 21-0550 |
| **v.** | : | |
| | : | |
| **XIN GU**, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 5th day of April 2022, upon consideration of the parties' *second supplemental stipulation to the settlement agreement*, [ECF 21], it is hereby **ORDERED** that the second supplemental stipulation is **APPROVED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*